USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/2026

# BURSOR & FISHER

1990 N. CALIFORNIA BLVD
9TH FLOOR
WALNUT CREEK, CA 94596
www.bursor.com

L. TIMOTHY FISHER
Tel: 925.300.4455
Fax: 925.407.2700
ltfisher@bursor.com

10/8/2026

10/19/2026 I have just accepted all three cases as related. Your proposed schedule is fine with me. To the extent that you are going for class certification, you must understand that I do not certify multiple class counsel in order to avoid duplication of effort and excess attorneys' fees.

*Via ECF*

Hon. Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
Courtroom 24A
500 Pearl St.
New York, NY 10007-1312

***Re:*** ***Mirzaian v. Magic Spoon, Inc.*****, No. 1:26-cv-07075-CM;** ***Kazemi v. Magic Spoon Inc.*****, No. 1:26-cv-08238-CM;** ***Freifeld v. Magic Spoon Inc.*****, No. 1:26-cv-08281-CM: Joint Letter Motion to Consolidate Related Actions, Set Deadline to File Consolidated Amended Complaint, and Setting Briefing Schedule**

MEMO ENDORSED

Dear Judge McMahon:

I represent Plaintiff Bianca Mirzaian in the first of the above-captioned actions and write jointly with counsel for Plaintiff Kazemi, Plaintiff Freifeld, and Defendant Magic Spoon, Inc. ("Defendant") (together, the "Parties") respectfully requesting that the Court consolidate the three actions pursuant to Federal Rule of Civil Procedure 42(a)(2), set a deadline for Plaintiff to file a Consolidated Amended Complaint ("CAC"), and set a briefing schedule.

On August 19, 2026, Plaintiff Mirzaian filed a putative class action complaint against Defendant alleging that Defendant made false representations to induce consumers to purchase its Magic Spoon cereal products. *Mirzaian v. Magic Spoon, Inc.*, No. 1:26-CV-07075-CM (the "Mirzaian Action"). On September 22, 2026, a second action, styled *Kazemi v. Magic Spoon Inc.*, No. 1:26-cv-08238 (the "Kazemi Action"), was filed against Defendant alleging similar misconduct as the Mirzaian Action in the United States District Court for the Southern District of New York. On September 23, 2026, a third action was filed against Defendant styled *Freifeld v. Magic Spoon Inc.*, No. 1:26-cv-08281 (the "Freifeld Action") asserting similar claims to the Mirzaian Action and Kazemi Action in the United States District Court for the Southern District of New York. The Kazemi and Freifeld Actions were deemed "possibly related" to the Mirzaian Action and assigned to reassigned to the Honorable Colleen McMahon on September 23 and September 24, 2026, respectively.

Counsel for all Parties have conferred and agree, subject to the Court's approval, that: (1) (1) the Mirzaian, Kazemi, and Freifeld Actions involve common questions of law and fact and should be consolidated for all purposes pursuant to Rule 42(a)(2) under Case No. 1:26-cv-07075-CM, with all future filings to be made only in that docket and Case Nos. 1:26-cv-08238 and 1:26-cv-08281 to be closed; (2) Plaintiffs in the Mirzaian, Kazemi, and Freifeld Actions, in the interest of conserving resources, efficiency, and judicial economy, shall file a single

Case 1:26-cv-07075-CM Document 21 Filed 10/08/26 Page 2 of 3


Consolidated Amended Complaint in the consolidated action, which will supersede the complaints in the three Actions; (3) Defendant need not answer, move, or otherwise respond to those complaints, and all other deadlines and conferences currently set in the Kazemi and Freifeld Actions should be vacated; and (4) any later-filed or transferred action that the Court accepts as related to these Actions shall be consolidated with them.

The Parties propose the following deadlines and accompanying briefing schedule:

| Event | Deadline |
|---|---|
| Deadline to File CAC | October 16, 2026 |
| Parties' Deadline to File Civil Case Management Plan | October 30, 2026 |
| Defendant's Deadline to Respond to the CAC | December 11, 2026 |
| Plaintiffs' Deadline to Oppose Defendant's Motion to Dismiss | January 22, 2026 |
| Defendant's Deadline to File Reply in Support of Motion to Dismiss | February 5, 2027 |

Pursuant to Section I.D.2 of Your Honor's Individual Practices and Procedures, the Parties state that there have been two previous requests to extend Defendant's deadline to respond to the complaint in the Mirzaian Action, which the Court granted. First, on September 11, 2026, the Court granted Defendant's extension request to respond to the Complaint from September 14, 2026 to October 14, 2026. ECF No. 17. On October 5, 2026, the Court granted Defendant's second extension from October 14, 2026 to November 11, 2026. ECF No. 20. The Parties' current deadline to file their Civil Case Management Plan in the Mirzaian Action is October 19, 2026. ECF No. 18.

All Parties consent to this request. The requested schedule does not affect any other scheduled date other than continuing the Parties' deadline to file their Civil Case Management Plan by 11 days. If the foregoing is acceptable to the Court, the Parties respectfully request that the Court so-order this letter.

Respectfully Submitted,

**BURSOR & FISHER, P.A.**

_/s/ L. Timothy Fisher_
L. Timothy Fisher (*pro hac vice*)
Joshua B. Glatt (*pro hac vice*)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
jglatt@bursor.com

**GUCOVSCHI LAW FIRM, PLLC**
Adrian Gucovschi, Esq.

_/s/ Rebecca M. Lee_
William P. Cole (*pro hac vice*)
Matthew R. Orr (*pro hac vice*)
Rebecca M. Lee (*pro hac vice*)
**AMIN WASSERMAN GURNANI, LLP**
515 South Flower Street, 18th Floor
Los Angeles, CA 90071
Telephone: (312) 466-1033
Facsimile: (312) 884-7352
E-mail: wcole@awglaw.com
morr@awglaw.com
rlee@awglaw.com

Case 1:26-cv-07075-CM Document 21 Filed 10/08/26 Page 3 of 3


165 Broadway. Fl. 23
New York, NY 10006
Telephone: (212) 884-4230
Email: adrian@gucovschilaw.com

Counsel for Defendant

*Counsel for Plaintiff Mirzaian*

Andrew Shamis (NY Bar No. 5195185)
Katherine Phillips**
**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 705
Miami, FL 33132
Telephone: (305) 479-2299
ashamis@shamisgentile.com
kphillips@shamisgentile.com

Gabriel Mandler**
Scott A. Edelsberg**
**EDELSBERG LAW, P.A.**
1925 Century Park East. Ste. 1700
Los Angeles, CA 90067
Telephone: (305) 975-3320
gabriel@edelsberglaw.com
scott@edelsberglaw.com

*Counsel for Plaintiff Kazemi*

Raphael Janove
**JANOVE PLLC**
115 Broadway
5th Fl. New York, NY 10006
(646) 347-3940
raphael@janove.law

Valter Malkhasyan, Esq.**
Erik Pogosyan. Esq.**
**MALK & POGO LAW GROUP, LLP**
5320 Laurel Canyon Blvd
Valley Village. CA 91607
(818) 484-5204
valter@malkpogolaw.com

*Counsel for Plaintiff Freifeld*

** *pro hac vice* application forthcoming

Cc: All counsel of record via ECF.