515 South Flower Street
18th Floor
Los Angeles, CA 90071
awglaw.com

213.933.2330 PHONE
312.884.7352 FAX

AMIN WASSERMAN GURNANI
CHICAGO · WASHINGTON D.C. · LOS ANGELES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/2026

October 29, 2026

10/29/2026 Fine but there will be NOT further extensions of time. I have no conferences on Monday. I do them on Thursday. Your conference date is Dec 17 at 10:15 AM

CM

**VIA ECF**
The Honorable Colleen McMahon
United States District Court Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
Courtroom 24A
500 Pearl Street
New York, NY 10007

***Re:*** ***Mirzaian v. Magic Spoon, Inc.,* Case No. 1:26-cv-7075**:
CONSENTED Request to Extend Deadline to Submit Case Management Plan and Continue Case Management Conference by 30-Days

MEMO ENDORSED

Dear Judge McMahon,

The undersigned represents Magic Spoon, Inc. ("Defendant") in the above referenced matter. On consent of Plaintiff's Counsel, the parties respectfully move for an extension of time to file the Case Management Plan and the associated adjournment of the Case Management Conference by 30 days. The current date to submit the Parties' Case Management Plan is October 30 and the Parties propose to extend the deadline to **November 30, 2026**. Similarly, the current Case Management Conference is scheduled for November 12, 2026 and the Parties propose to continue this conference to **December 14, 2026**, or as soon thereafter as may be heard.

The Parties request this extension to submit their Case Management Plan and continuance of the Case Management Conference because they anticipate that at least one more case will soon be transferred to this District and be consolidated with the other cases. These cases include *Trout v. Magic Spoon Inc.*, filed in the Middle District of Florida, Case No. 5:26-cv-788 and *Royal v. Magic Spoon, Inc.*, filed in the Northern District of Illinois, Case No. 1:26-cv-10993. The Parties desire to submit a case schedule that will encompass the case schedule for all cases that will proceed in the Southern District of New York. This is the first request to extend the Case Management Plan and Case Management Conference deadlines.

The Parties consented to a first 30-day extension to Magic Spoon's responsive pleading deadline to be October 14, 2026, which was granted. The Parties further consented to a second 30-day extension to November 14, 2026, which was granted. Since these extensions were granted,

*Mirzaian* was consolidated with *Kazemi v. Magic Spoon Inc.*, No. 1:26-cv-08238-CM and *Freifeld v. Magic Spoon Inc.*, No. 1:26-cv-08281-CM and a consolidated complaint has been filed. The Parties anticipate that an amended consolidated complaint will be filed once the other two cases are transferred into this district.

This requested extension does not affect any other scheduled dates.

Very truly yours,

Rebecca Lee
Amin Wasserman Gurnani, LLP