**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

BIANCA MIRZAIAN, MARYAM KAZEMI, and DAVID FREIFELD individually and on behalf of all others similarly situated,

*Plaintiffs*,

v.

MAGIC SPOON, INC.,

*Defendant*.

Case No. 1:26-CV-07075-CM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/10/2026

**PLAINTIFFS' NOTICE OF MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion to Appoint Interim Lead Counsel; all papers on file in the above-captioned action; and such further information as the Court may require, Plaintiffs respectfully move this Court for an order, on a date and time as the Court will determine, appointing L. Timothy Fisher of Bursor & Fisher, P.A. as Lead Interim Counsel.

Dated: November 9, 2026

Respectfully Submitted,

**BURSOR & FISHER, P.A.**

By: /s/ L. Timothy Fisher

L. Timothy Fisher*
Joshua B. Glatt*
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Tel: (925) 300-4455
Fax: (925) 407-2700
E-Mail: ltfisher@bursor.com
jglatt@bursor.com

**BURSOR & FISHER, P.A.**
Caroline C. Donovan

11/10/2026
(1) Does defendant take a position on this?
(2) What is the status of the cases that are pending in other districts? Are efforts being made to create an MDL? Has anyone moved to transfer these cases to New York?
CM

1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail: cdonovan@bursor.com

* *admitted pro hac vice*

*Counsel for Plaintiffs and the Proposed Classes*